UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROWLER LLC, an Alaska Limited Liability Company, & CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, SUBSCRIBING TO POLICY OF INSURANCE NUMBER MC 04 ADE 6 (MC 04 AEFQ),<br><br>Plaintiffs,<br><br>v.<br><br>YORK INTERNATIONAL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C06-660JLR<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against DEFENDANT YORK INTERNATIONAL CORPORATION and on behalf of PLAINTIFFS in the unopposed amount of $12,256.27.

Entered this ___17th___ day of SEPTEMBER , 2007 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1